Eric A. Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Shaft Lamar Washington** | § | CASE NO. 25-42626-MXM-13 |
| | § | |
| **Debtor(s)** | § | |
| | § | |

## MOTION FOR CONTINUATION OF AUTOMATIC STAY AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Debtor(s), **Shaft Lamar Washington,** pursuant to 11 U.S.C. §362(c)(3)(B), requesting an order continuing the automatic stay provided under 11 U.S.C. §362(a) as to all creditors. In support of this motion, Debtor(s) states as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. Debtors filed the current petition for relief under Chapter 13 on 07/21/2025.

3. Within the twelve months prior to said filing date, Debtors were in an active Chapter 13 case, number 25-42032-MXM-13. Said case dismissed on 7/2/2025, for failure to file schedules.

4. Debtors have no other cases pending within the twelve month period prior to 07/21/2025.

5. As of the date of dismissal of Debtors' prior case(s), the following §362(d) actions were either pending or resolved by terminating, conditioning, or limiting the stay.

   a) None.

6. Debtors filed the pending case in good faith. A substantial change in the financial and personal affairs of the Debtors has occurred since the dismissal of the previous case. Specifically, Debtor's spouse experienced a critical illness that took all of the Debtor's attention. Debtor's spouse's health has since stabilized and the Debtor is committed to completing his plan payments.

7. Debtors will fully perform the terms of a confirmed plan in the pending case.

8. This motion is not made for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Debtor **Shaft Lamar Washington** and respectfully request the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

Dated: July 22, 2022

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Eric A. Maskell
Eric A. Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF CONFERENCE

The undersigned Debtors' Counsel hereby certifies a pre-filing conference was not held, because it was not possible to confer with all scheduled creditors, given the time constraint imposed by 11 U.S.C. §362(c)(3)(B), requiring a hearing be completed before the expiration of the thirty-day period after filing of the petition.   It is presumed this motion is opposed.

By: /s/Eric A. Maskell
Eric A. Maskell
State Bar No. 24041409

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2025, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTORS**:
Shaft Lamar Washington
103 Milton Drive
Arlington, TX 76002

**STANDING CHAPTER 13 TRUSTEE**:
Tim Truman, Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

By: /s/Eric A. Maskell
Eric A. Maskell
State Bar No. 24041409