**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Shaft Lamar Washington**                              CASE NO 25-42626-MXM-13

                                                              CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **08/04/2025**         Signature _____**/s/ Shaft Lamar Washington**_____

                                          Shaft Lamar Washington, Debtor

**AT&T**
C O American Infosource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**Credit System International, INC.**
PO Box 1088
Arlington, TX 76004-1088

**Kashable Llc**
Attn: Bankruptcy Dept
489 5th Ave, 18th Floor
New York, NY 10017

**Receivable Management Systems**
PO Box 73810
Richmond, VA 23235

**Tarrant County Tax Office**
Attn Bankruptcy
100 Throckmorton Suite 1700
Fort Worth, TX 76102

**Title Max of Texas. Inc**
15 Bull Street Suite 200
Savannah, GA 31401