Eric A Maskell
State Bar No. 24041409
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHAFT LAMAR WASHINGTON | § | CASE NO. 25-42626-MXM-13 |
| | § | |
| DEBTOR | § | CHAPTER 13 |
| | § | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the August 4, 2025, the following parties were served a true copy of the 341 Notice of Creditors on all the parties via the method indicated below.

**VIA U.S. MAIL**

**AT&T**
C O American Infosource LP 4515 N
Santa Fe Ave Oklahoma City, OK
73118-7901

**Credit System International,INC.**
PO Box 1088
Arlington, TX 76004-1088

**Kashable Llc**
Attn: Bankruptcy Dept 489
5th Ave, 18th FloorNew York,
NY 10017

**Receivable Management Systems**
PO Box 73810
Richmond, VA 23235

**Tarrant County Tax Office**
Attn Bankruptcy
100 Throckmorton Suite 1700Fort Worth, TX 76102

**Title Max of Texas. Inc**
15 Bull Street Suite 200
Savannah, GA 31401

DATED: August 4, 2025

    Respectfully Submitted,

    ALLMAND LAW FIRM, P.L.L.C.

    /s/ Eric A Maskell
    Eric A Maskell
    State Bar No. 24041409
    ALLMAND LAW FIRM, P.L.L.C.
    860 Airport Freeway Suite 401
    Hurst, TX 76054
    214.265.0123 Phone
    214.265.1979 Fax
    ATTORNEY FOR DEBTOR