| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-42626-mxm13<br>Northern District of Texas<br>Ft. Worth<br>Mon Aug  4 18:23:44 CDT 2025 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 |
| Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Ave Suite 800<br>Dallas, TX 75219-3959 |
| On Bank<br>C/o Acs<br>Utica, NY 13501 | Owings Auto Centers<br>519 E Division St<br>Arlington, TX 76011-7211 | Shaft Lamar Washington<br>103 Milton Drive<br>Arlington, TX 76002-4115 |
| TGSLC DBA TRELLIS COMPANY<br>PO BOX 83100<br>ROUND ROCK, TX 78683-3100 | Texas Alcoholic Beverage Comm<br>Alcoholic Beverage Sales Tax<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Trellis Company<br>Attn: Officer or Managing Agent<br>PO Box 83100<br>Round Rock, TX 78683-3100 |
| U.S. Department of Housing and Urban Develop<br>307 W. 7th S t., Suite 1000<br>Fort Worth, TX 76102 | (p)HUD OGC REGION VI<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 |
| United States Attorney - NORTH<br>1100 Commerce St, 3rd Floor<br>Dallas, TX 75242-1074 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee-North<br>1100 Commerce St, Room 976<br>Dallas, TX 75242-0996 |
| Wells Fargo Home Mortgage<br>PO BOX 10335<br>Des Moines, IA 50306-0335 | Eric Allen Maskell<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>76054<br>Hurst, TX 76054-3249 | Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180-6608 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | U.S. Department of Housing and Urban Develop<br>307 W. 7th St. Suite 1000<br>Fort Worth, TX 76102 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WELLS FARGO BANK, N.A.      (d)Shaft Lamar Washington
                               103 Milton Drive
                               Arlington, TX 76002-4115

                               End of Label Matrix
                               Mailable recipients    20
                               Bypassed recipients     2
                               Total                  22