

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 13, 2025**

_____
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br>Shaft Lamar Washington<br>Debtor(s) | Case No. 25-42626-mxm<br>Chapter 13 |

### AGREED ORDER ON ADEQUATE PROTECTION AND TURNOVER

On this day, the Court considered the from Motion to Enter Agreed Order Granting Adequate Protection to Owings Auto Sales and Turnover filed by Owings Auto Center, LLC ("Movant"). Based on the record, and noting the Debtor's agreement as shown by the signature of the Debtor and Debtor's counsel on the Agreed Order, the Court finds good cause to enter the Agreed Order, and it is therefore ORDERED:

1. **Initial Adequate Protection Payment and Vehicle Release**

   Owings is authorized to release the Vehicle upon receipt and clearance of the first adequate protection payment in the amount of **$300**. Upon such receipt and clearance, Owings shall release the Vehicle to the Debtor; however, Owings shall not be required to deliver the Vehicle. The Debtor shall retrieve the Vehicle from its present location at: 519 E. Division,

Arlington, Texas 76011, between the hours of 9 am and 5 pm Monday through Friday, at the Debtor's sole expense.

2. **Ongoing Adequate Protection Payments and Plan Treatment**

The Debtor shall continue to make monthly adequate protection installment payments in the amount of $300 (or as otherwise ordered) until further order of the Court or the effective date of a confirmed Chapter 13 plan. Nothing in this Order shall prevent Owings from filing a motion seeking relief from the automatic stay or an increase in adequate protection payments.

3. **Insurance Requirement**

The Debtor shall maintain continuous insurance coverage on the Vehicle at all times, consistent with the requirements set forth in the underlying Motor Vehicle Retail Installment Contract, and shall promptly provide proof of such insurance to Owings upon request.

**Any lapse in insurance coverage shall result in the immediate termination of the automatic stay as to Owings and its interest in the Vehicle, without further notice or order of the Court.** No grace period shall apply to insurance lapses.

4. **Payment Default and Remedies**

    a. If the Debtor fails to make any monthly adequate protection installment payment, Owings may provide written notice of default to the Debtor and Debtor's counsel.

    b. The Debtor shall have ten (10) days from the date of such notice to cure the payment default.

    c. If the payment default is not timely cured, the automatic stay shall terminate as to Owings and its interest in the Vehicle without further notice or order of the Court.

5. **Effect in Future Bankruptcy Cases**

This Order shall remain in full force and effect and shall be fully enforceable in any future bankruptcy case filed by the Debtor.

### END OF ORDER ###

Prepared and agreed to by:

By: /s/ Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Owings Auto Center, LLC

Agreed to by:

By: //Eric A. Maskell
Eric A. Maskell
Allmand Law Firm, PLLC
860 Airport Fwy, Suite 401
Hurst, TX 76054
(214) 265-0123
Fax: (214) 265-1979
emaskell@allmandlaw.com
Attorney for Debtor

By:_____
Shaft Washington, Debtor

5. **Effect in Future Bankruptcy Cases**

This Order shall remain in full force and effect and shall be fully enforceable in any future bankruptcy case filed by the Debtor.

### END OF ORDER ###

Prepared and agreed to by:

By: //Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Owings Auto Center, LLC

Agreed to by:

By: //Eric A. Maskell
Eric A. Maskell
Allmand Law Firm, PLLC
860 Airport Fwy, Suite 401
Hurst, TX 76054
(214) 265-0123
Fax: (214) 265-1979
emaskell@allmandlaw.com
Attorney for Debtor

By: _____
Shaft Washington, Debtor