**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO:  25-42626-MXM** |
| **SHAFT LAMAR WASHINGTON** | |
| **DEBTOR** | First Payment Date: Wed, Aug 20, 2025 |

**TRUSTEE'S (7) DAY NOTICE OF INTENT TO CERTIFY
CHAPTER 13 CASE FOR DISMISSAL (NO FIRST PAYMENT)**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that on or after 7 days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

> Debtor did not pay the Trustee the first Payment specified in Debtor's Plan within 30 days after the Petition Date.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN SEVEN (7) DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE.**  Pursuant to General Order 2023-04 Section 3c, a Chapter 13 Petition may be dismissed without prejudice, after 7 days prior written notice to the Debtor and Debtor's Counsel, and without further notice.  The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that:

> Debtor did not pay to the Trustee within 30 days after the Petition Date the first Payment specified in the Plan as required by Section 1326 (a)(1) of the Bankruptcy Code.

 Due Date is September 1, 2025.  Payments must be received by 4:00 p.m.

/s/ Tim Truman
Tim Truman, Trustee
State Bar # 20258000

25-42626-MXM  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SHAFT LAMAR WASHINGTON

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Seven Day Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the parties listed below in the manner listed below on or before August 25, 2025.

**BY FIRST CLASS MAIL:**

SHAFT LAMAR WASHINGTON,  103 MILTON DR,  ARLINGTON, TX  76002-0000

**ELECTRONIC SERVICE:**

ALLMAND LAW FIRM PLLC, 860 AIRPORT FWY #401, HURST, TX  76054
ALBERTELLI LAW, PO BOX 23028, TAMPA, FL  33623
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tim Truman
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tim Truman, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　　State Bar # 20258000