IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No: 25-42626-MXM |
| § | | |
| SHAFT LAMAR WASHINGTON, xxx-xx-2305 § | | Chapter 13 |
| 103 MILTON DR § | | |
| ARLINGTON, TX 76002 § | | Court Hearing: Thursday, October 16, 2025 at 8:30 AM |
| § | | |
| Debtor § | | |

# NOTICE OF
# DEADLINE FOR OBJECTION TO CONFIRMATION

**September 16, 2025** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about August 20, 2025. Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102.**

## CONFIRMATION HEARING

If an Objection to Confirmation of Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, October 16, 2025** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX 76102 or by WebEx at: https://us-courts.webex.com/meet/Mullin, Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas. A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

/s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
Website: www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before August 26, 2025.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

ALLMAND LAW FIRM PLLC, 860 AIRPORT FWY #401, HURST, TX 76054
ALBERTELLI LAW, PO BOX 23028, TAMPA, FL 33623
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX 75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

Case 25-42626-mxm13    Doc 28    Filed 08/25/25    Entered 08/25/25 15:48:37    Desc
Page 2 of 2

Case No. 25-42626-MXM                                                                                        SHAFT LAMAR WASHINGTON
Notice of Deadline for Objection to Confirmation and Confirmation Hearing                                                Page 2 of 2

**BY FIRST CLASS MAIL:**

ALLMAND LAW FIRM PLLC,  Attn: Officer/President, 860 AIRPORT FWY #401,  HURST, TX  76054-0000

AT AND T CORP,  Attn: Officer/President, AMERICAN INFOSOURCE,  4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, PO BOX 12017,  AUSTIN, TX  78711

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

CREDIT SYSTEMS INTERNATIONAL,  Attn: Officer/President, PO BOX 1088,  ARLINGTON, TX  76004

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

INTERNAL REVENUE SERVICE,  PO BOX 7317,  PHILADELPHIA, PA  19101

KASHABLE LLC,  Attn: Officer/President, 500 5TH AVE #27,  NEW YORK, NY  10110-0000

LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  Attn: Officer/President, 3500 MAPLE AVE #800,  DALLAS, TX  75219-0000

LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000

ON BANK,  Attn: Officer/President, C/O ACS,  UTICA,  00000-0000

OWINGS AUTO CENTERS,  Attn: Officer/President, 519 E DIVISION ST,  ARLINGTON, TX  76011

RECEIVABLE MANAGEMENT SYSTEMS,  Attn: Officer/President, PO BOX 73810,  N CHESTERFIELD, VA  23235

SHAFT LAMAR WASHINGTON,  103 MILTON DR,  ARLINGTON, TX  76002-0000

TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS ALCOHOLIC BEVERAGE COMM,  Attn: Officer/President, LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS GUARANTEED STUDENT LOAN,  Attn: Officer/President, PO BOX 659602,  SAN ANTONIO, TX  78265

TEXAS GUARANTEED STUDENT LOAN,  Attn: Officer/President, PO BOX 83100,  ROUND ROCK, TX  78683

TEXAS WORKFORCE COMMISSION,  Attn: Officer/President, TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000

TITLEMAX OF TEXAS INC,  Attn: Officer/President, 15 BULL ST STE 200,  SAVANNAH, GA  31401-0000

UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242

US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

US DEPT OF HUD,  Attn: Officer/President, 307 W 7TH ST #1000,  FORT WORTH, TX  76102-0000

US DEPT OF HUD,  Attn: Officer/President, 2000 N CLASSEN BLVD #3200,  OKLAHOMA CITY, OK  73106-0000

WELLS FARGO HOME MORTGAGE,  Attn: Officer/President, PO BOX 10335,  DES MOINES, IA  50306